FILED

07/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0405

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0405

GERALD WAYNE FREY,

Petitioner,

v.

CAPTAIN HASH,
Missoula County Detention Center,

Respondent.

ORDER

FILED

JUL 2 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Gerald Wayne Frey has filed his second Petition for Writ of Habeas Corpus in as many weeks. He indicates illegal incarceration because of the handling of a misdemeanor assault offense in the Justice Court. Frey explains that his former counsel interfered with his hearing in that court while his counsel of record was appearing via Skype. Frey states that he filed a Petition for Postconviction Relief, raising claims of ineffective assistance of counsel, in the Missoula County District Court on May 20, 2024. For relief, Frey requests either that this Court dismiss the misdemeanor offense or direct the Justice Court to hold another hearing.

While this Court may exercise control over other courts through a writ of supervisory control, pursuant to M. R. App. P. 14(3), it is not appropriate for this Court to exercise its original jurisdiction here. Frey has not petitioned for such a writ nor provided substantive information.

We observe that a petition for postconviction relief must be filed in the sentencing court. Section 46-21-101(1), and -101(2), MCA. Under Montana law, "[i]f a sentence was imposed by a justice's, municipal, or city court, the petition may not be filed until the petitioner has exhausted all appeal remedies provided by law." Section 46-21-101(2), MCA. It is not readily apparent whether Frey has exhausted all his remedies. Frey's better

option may be to appeal a final judgment from the Justice Court to the Missoula County District Court. Sections 46-20-104, and 25-31-908, MCA.

Frey's remedy is not with this Court through a writ of habeas corpus. Section 46-22-101(1), MCA. Frey has not demonstrated illegal incarceration. Section 46-22-101(1), MCA. Therefore,

IT IS ORDERED that Frey's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to: counsel of record and Gerald Frey personally.

DATED this 23rd day of July, 2024.

_____

_____

_____

_____

_____
Justices